UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

          Plaintiff,

    v.

BENANCIO RAMIREZ,

          Defendant.

_____/

NO. CIV. S-05-2420 FCD/EFB

REFERRAL TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM

----oo0oo----

      Pursuant to the stipulation of the parties filed, April 27, 2007 and Local Rule 16-271, this case is referred to the Voluntary Dispute Resolution Program.

DATED: May 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE