UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,                    Case No. 2:05-cv-2420 FCD/EFB

   v.                                   **O R D E R**

BENANCIO RAMIREZ,

       Defendant.

_____

    Each of the parties in the above-captioned case have consented to allow the assigned magistrate judge preside over the jury trial in this case pursuant to the Joint Status Report filed September 16, 2008.  See 28 U.S.C. §636(c).  According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan.  The parties shall

1 please take note that all documents hereafter filed with the
2 Clerk of the Court shall bear case No. 2:05-cv-2420 EFB. All
3 currently scheduled dates presently set before Judge Damrell are
4 hereby **VACATED**.
5 DATED: September 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

9    Having also reviewed the file, I accept reference of this
10 case for all further proceedings and entry of final judgment.
11 DATED:  September 16, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2