1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           Plaintiff,                    No. CIV S-05-2420 EFB

    vs.

BENANCIO RAMIREZ,

           Defendant.             ORDER AND ORDER TO SHOW CAUSE

_____/

16

17

18

19

20

21

22

23

      This action proceeds before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c).  Pursuant to order filed electronically on September 17, 2008,[1] a Status Conference was scheduled for October 22, 2008.  Plaintiff Scott Johnson appeared on his own behalf; however, no appearance was made on behalf of defendant, who is represented by attorney Hector Cavazos. Mr. Cavazos did, however, participate in the preparation of the Joint Status Report filed June 16, 2008.

      Defendant's counsel is hereby ORDERED to SHOW CAUSE, in writing, within ten (10) days from the filing date of this order, why sanctions should not be imposed for his failure to

24

25

26

     [1] Although defendant's counsel has indicated his intention to request withdrawal from this action, *see* Joint Status Report, filed September 16, 2008, he has not done so.  Accordingly, defendant's counsel was informed of the date of Status Conference by electronic service; no separate service by mail was made upon defendant.

1

attend the Status Conference, and why he should not be taxed the costs of plaintiff's appearance at the Conference.

Further, within ten (10) days from the filing date of this order, plaintiff shall FILE a letter with the court and serve a copy on defendant's counsel detailing the costs associated with his appearance at the Status Conference.

Finally, the Status Conference is hereby CONTINUED to November 19, 2008, at 11:00 a.m., in Courtroom No. 25.  The parties need not file further status reports in contemplation of the continued Status Conference.

SO ORDERED.

DATED:  October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE