1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SCOTT N. JOHNSON,

11          Plaintiff,                    No. CIV S-05-2420 EFB

12      vs.

13  BENANCIO RAMIREZ,

14          Defendant.                    <u>ORDER</u>

15  _____/

16      Previously pending on this court's law and motion calendar for December 17, 2008, was

17  a continued status (pretrial scheduling) conference.  Plaintiff Scott Johnson, an attorney,

18  appeared and represented himself.  Hector Arnoldo Cavazos, Jr., appeared on behalf of

19  defendant.

20      Mr. Cavazos confirmed at the hearing, as he has previously stated in writing, that there

21  has been an irreparable breakdown in communication with his client, and that he therefore

22  intends to file a motion to withdraw his representation of defendant.  The court stated that it

23  would postpone the scheduling of this case until after a decision has been rendered on Mr.

24  Cavazos' motion to withdraw.

25  ////

26  ////

1      Mr. Cavazos' noticed motion shall be served and filed no later than January 30, 2009,

2 consistent with the requirements of E. D. Cal. L. R. ("Local Rule") 83-182(d), and California

3 Rules of Professional Conduct (State Bar), Rule 3-700.

4      IT IS SO ORDERED.

5 DATED:  December 30, 2008.

6                                 EDMUND F. BRENNAN

7                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26