IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

vs.

BENANCIO RAMIREZ,

      Defendants.

                                /

No. CIV S-05-2420 EFB

ORDER TO SHOW CAUSE

This action proceeds before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). On March 26, 2009, the undersigned issued a status (pretrial scheduling) order which, *inter alia*, scheduled a final pretrial conference for January 13, 2010 and a trial commencement date of April 20, 2010. Dckt. No. 38 at 5, 6. The order also required the parties to submit a joint pretrial statement not later than ten (10) court days prior to the pretrial conference, or by December 29, 2009. *Id.*

Court records reflect that neither party has filed a pretrial statement as required by the March 26, 2009 order. Local Rule 110 provides that failure to comply with the Local Rules or with an order of the Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

1

1   Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

2   1.  The final pretrial conference date of January 13, 2010 is continued to March 3, 2010,
3   at 10:00 a.m., before the undersigned.

4   2.  The parties shall show cause, in writing, no later than February 17, 2010, why
5   sanctions should not be imposed for their failure to timely file a joint pretrial statement.

6   3.  The parties shall file a joint pretrial statement, as directed in the March 26, 2009
7   order, no later than February 17, 2010.

8   SO ORDERED.

9   DATED: January 4, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE