SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>vs.<br><br>Ramirez<br><br>        Defendants | Case No.: 2:05-cv-02420-EFB<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**WITHOUT PREJUDICE**<br><br>Complaint Filed: November 29, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed without prejudice pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

| | |
|---|---|
| | DISABLED ACCESS PREVENTS INJURY, INC. |
| Dated: February 11, 2010 | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| | CAVAZOS LAW FIRM |
| Dated: February 11, 2010 | /s/Hector Arnoldo Cavazos, Jr._____<br>HECTOR ARNOLDO CAVAZOS, JR.<br>Attorney for Defendant |

**IT IS SO ORDERED** that this action is hereby dismissed **WITHOUT** prejudice. Defendant's attorney's motion to withdraw as counsel, Dckt. No. 40, is deemed withdrawn.

Dated: February 18, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE